# EXHIBIT A

Exhibit A












