# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE COCA-COLA COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHANNA FOODS, INC., a New Jersey corporation,<br><br>    Defendant. | Case No. 1:10-cv-03081 CAP |

## NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff The Coca-Cola Company ("TCCC") and Defendant Johanna Foods, Inc. ("Johanna") hereby advise the Court that they have reached a settlement in principle of this action, and respectfully request a stay of all proceedings pending their completion of the settlement documentation and filing of a stipulated dismissal within the next 45 days.

Dated: October 19, 2011

REED SMITH LLP

By:   */s/ Robert N. Phillips*
Robert N. Phillips
(California Bar No. 120970)
Admitted *Pro Hac Vice*
robphillips@reedsmith.com
Seth B. Herring
(California Bar No. 253907)
Admitted *Pro Hac Vice*
sherring@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  415.543.8700
Facsimile:   415.391.8269

        Jeffrey E. Tompkins
(Georgia Bar No. 714608)
j.tompkins@tkstlaw.com
Shukura L. Ingram
(Georgia Bar No. 383498)
s.ingram@tkstlaw.com
THOMAS KENNEDY SAMPSON
  & TOMPKINS LLP
3355 Main Street
Atlanta, GA  30337
Telephone:  404.688.4503
Facsimile:   404.684.9515

*Attorneys for Plaintiff*
*THE COCA-COLA COMPANY*

Dated: October 19, 2011

By:   */s/ Matthew Durell*
Matthew Durell (GA Bar No. 142061)
durellm@pepperlaw.com
James M. Wodarski
(*Admitted Pro Hac Vice*)
wodarskj@pepperlaw.com
PEPPER HAMILTON, LLP
125 High Street
15th Floor, Oliver Street Tower
Boston, Massachusetts 02110
Telephone:  617.204.5100
Facsimile:   617.204.5150

Eric G. Maurer (GA Bar No. 478199)
eric.maurer@tkhr.com
THOMAS | KAYDEN
600 Galleria Parkway SE, Suite 1500
Atlanta, GA 30339
Telephone:  770.933.9500
Facsimile:   770.951.0933

*Attorneys for Defendant*
*JOHANNA FOODS, INC.*

## CERTIFICATE OF SERVICE

I certify that on October 19, 2011, I electronically filed the foregoing **NOTICE OF SETTLEMENT AND REQUEST FOR STAY** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

James M. Wodarski
wodarskj@pepperlaw.com
Matthew D. Durell
durellm@pepperlaw.com
PEPPER HAMILTON, LLP
125 High Street, 15th Floor
Oliver Street Tower
Boston, Massachusetts  02110

Eric G. Maurer
eric.maurer@tkhr.com
THOMAS | KAYDEN
600 Galleria Parkway SE
Suite 1500
Atlanta, GA 30339

/s/ *Robert N Phillips*
Robert N. Phillips